KAREN P. HEWITT
1  ~~CAROL C. LAM~~
   United States Attorney
2  JOSEPH ORABONA
   Assistant U.S. Attorney
3  880 Front Street, Room 6293
   San Diego, California 92101-8893
4  Telephone: (619) 557-7034

5  Attorneys for Plaintiff
   United States of America

FILED
2007 APR 13 PM 5:09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

unsealed 06-26-08

ORDER SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:           )   Mag. Case No. '07 MJ 0808
                                          )
3640 Village Drive, Unit D                )   MOTION TO FILE SPECIFIED
Carlsbad, California                      )   DOCUMENTS UNDER SEAL
                                          )
                                          )
                                          )

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph Orabona, Assistant United States Attorney, and hereby moves this Court for an order directing that in the above-captioned case, the application, affidavit and search warrant attached thereto, as well as this motion and order be filed under seal. The Government further requests that those documents remain under seal until further order of the Court.

DATED: 4/13/07

SEALED by Order of
Magistrate Judge Leo S. Papas
Date APR 13 2007

Leo S. Papas
U.S. Magistrate Judge

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

JOSEPH ORABONA
Assistant U.S. Attorney

SO ORDERED.

DATED: APR 13 2007

UNITED STATES MAGISTRATE JUDGE