# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 APR 20 AM 10: 34

**ORDERED SEALED BY COURT**

In the Matter of the Search of

**The Residence Located At
3640 Village Drive, Unit D
Carlsbad, California**

Unsealed 06-26-08

**SEARCH WARRANT**

DEPUTY

CASE NUMBER: **07 MJ 0808**

TO: <u>Any Special Agent of the Internal Revenue Service</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Scott McGeachy IRS-CI SA</u> ~~Clackamas County Sheriff's Deputy William Behan~~
who has reason to believe that ☐ on the person or ☒ on the premises known as

**3640 Village Drive, Unit D, Carlsbad, California** (more fully described in Attachment A)

in the Southern District of California, there is now concealed a certain person or property, namely

**Attachment B**

SEALED by Order of
Magistrate Judge Leo S. Papas
Date APR 13 2007

Leo S. Papas
US Magistrate Judge

which is the fruits, instrumentalities and evidence concerning a violation of Title 18 United States Code, Section(s) <u>1028(a), 1344, 1029, 371 and 1956(a)(1)(B)(i)</u>.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _4/22/07_
                                                                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

_APR 13 2007 - 4:35 PM_                                                at   _San Diego, California_
**Date/Time issued**

SEALED by Order of
Magistrate Judge Leo S. Papas
APR 13 2007

<u>United States Magistrate Judge</u>
**Name and Title of Judicial Officer**                                          **Signature of Judicial Officer**

Leo S. Papas
US Magistrate Judge

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 13, 2007 | April 13, 2007 approximately 5:10 p.m. | on kitchen counter at 3640 Village Drive, Unit D, Carlsbad, CA |

**INVENTORY MADE IN THE PRESENCE OF:** Special Agent Paul Geering

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attached Lists Labeled "Internal Revenue Service - Criminal Investigation Division Search Warrant Inventory" "Pages 1 of 7" thru "page 7 of 7" and "page 1 of 1" for case name 1000211494

*Deluena A. Chell*
4/17/2007

### CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

*Deluena A. Chell*

Subscribed, sworn to, and returned before me this date.

_____     4/19/07
U.S Judge or Magistrate                              Date

Attachment A

LOCATION TO BE SEARCHED

Residence of Brian Maier identified as: 3640 Village Drive, Unit D, Carlsbad, California

Further described as follows:

a single story, multi-unit stucco structure brown in color with a composite shingle roof located on the east side of Village Drive. The service drive-way dead ends in front of the residential structure. Unit D is the farthest east unit of the building. A short concrete walkway leads from the drive-way to the front door. The front door of the unit faces south and is burgundy in color. To the left of the front door is a carport bearing a sign "3640 D." To the right of the front door are two storage closets. A small window and dark colored gate are located to the right of the storage closets. A small palm tree and rose bush are located in the front yard area.

## ATTACHMENT B-DESCRIPTION OF ITEMS TO BE SEIZED

The items to be seized are the following items that were instrumentalities, or contain or constitute evidence or fruits, of the crimes of fraud by use of false identification, access device fraud, interstate transportation of stolen goods, bank fraud and money laundering. In addition, documents, books and records, correspondence, equipment, files and other information pertaining to the income, expenses and assets of Bradley David Maier. Bradley Maier for the period beginning for the time period 2001 through the present:

1)  Any and all documents, identifications, related to the following names, alias, identity, false names including, but not limited to:
    a)  Bradley Maier
    b)  John A Smith
    c)  ADM & Associates

2)  Images or partial images of plastic cards used in the manufacturing of access devices, counterfeiting or access devices, photos of different forms of identification cards including but not limited to drivers licenses, state identification cards, passports, birth certificates, college identification cards, counterfeit securities and false documents:

3)  Lists containing credit card and/or access device numbers

4)  Computerized listings of payment, schedules, ledgers and journals reflecting receipt or distribution of funds related to counterfeiting equipment and aggravated id theft

5)  Documents, books and records, files, other information and items relevant to reconstructing the income, expenses, assets and taxable income of Bradley Maier and/or the use of any alias names to earn and hide income:

6)  Copies of federal and state tax returns business and personal, tax preparation files, tax records such as forms 1099 and W-2 forms, 941's, 940's and documentation or correspondence evidencing dealings with an accountant or tax preparer.

7)  Checking, savings account and investment account records, including but not limited to: signature cards, cancelled checks, deposit slips, deposit receipts, records of loans, passbooks, bank statements, certificates of deposit, stocks, bonds, wire transfer advices, wire transfer confirmations, photos of assets, related bank advices, safe deposit box, loan documents, loan applications, loan payment records, cashier's checks and receipts, official checks and money order purchases, credit card records, financial statements, correspondence, other bank related transaction documents, and

any and all documents relating to personal, business, foreign accounts in any foreign or domestic financial institution.

8) Records, information or documents that reflect the receipt and disposition of funds for property, cars, televisions, vehicle, any foreign and domestic businesses and any and all other assets including properties, mortgages, deeds, titles, certificates of ownership, and registration

9) Applications for credit, financial statements, credit files and all records relating to credit applications, credit accounts, credit cards, loan applications, cash, and loans, bank accounts

10) Records of purchase or dispositions of cashiers checks, money orders, wire transfers, merchant charges and other negotiable instruments.

11) Telephone records, cell phone records, cell phones, PDA's and any other storage device including personal telephone and address books, both written and electronic form

12) Passports and false passports

13) Images of bank routing numbers and bank account numbers

14) Safe deposit box records and safe deposit box keys for any box maintained by Bradley Maier including any boxes rented under false identification or aliases:

15) Cash and currency including any packaging, bundling, wrappings or notations, jewels, gold and silver coins, negotiable instruments as evidence of the fruits of the crime

16) Records relating to the locations of mail drops, mail box facilities and post office boxes, mailings, letters, Federal Express, UPS, DHL related to individual and/or corporations

17) Identification documents, debit and credit cards and bank documents ~~belonging to, or relating to accounts in the name of, people other than members of the conspiracy.~~

2

18) Mortgages and other records of indebtedness, deeds, titles, certificates of ownership, and registration;

19) Listings of payment schedules, ledgers and journals reflecting receipt or distribution of funds related to aggravated identity theft;

20) Programs, software, and other data used in the making of items pertaining to the crime of aggravated identity theft, including but not limited to; state identification, college identification, birth certificates, social security cards, bank records, credit cards, bank cards, check books, business checks and personal business cards.

23. Computer or data processing software or data including, but not limited to: hard disks, floppy disks, diskettes, compact disks, CD-ROMs, DVDs, optical discs, Zip cartridges, zip drives, jump drives, or any other device used to plug into a port on a computer and store digital media, magnetic tapes, integral RAM or ROM units, "all in one" scanner-printers and any other permanent or transient storage device(s);

24. Computing or data processing documentation, including, but not limited to: instruction books, notes, papers, or computer programs in whole or in part;

25. Passwords and data security devices, including any hardware, software, programming code, or passwords designed to restrict access to or hide computer software, documentation, or data;

26. Records, documents, or materials, in handmade or mechanical form (such as printed, written, handwritten, or typed); photocopies or other photographic form; and electrical, electronic, and magnetic form (such as tapes, cassettes, hard disks, floppy disks, diskettes, compact disks, CD-ROMs, DVDs, optical discs, Zip cartridges, printer buffers, smart cards, or electronic notebooks, or any other storage medium);

27. Images or partial images of victims in any form and images or partial images of suspects and/or their associates or scanned images or partial images of the same;

28. Software used in the scanning, printing, altering, enhancing or storing of digital images;

29. Correspondence, notes, memos, containing information relating to the crime of aggravated identity theft or related crimes;

30. Records related to manufacture, production, use or disposition of false identities;

3

31. Images of security features for any given government document, including but not limited to; U.S. currency, birth certificates, state identifications, passports, government identification, security passcards and any other form of private, state or federal identification.

32. The seizure and search of computers and computer media will be conducted in accordance with those set forth in the affidavit submitted in support of this warrant.

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4/13/07
Page 1 of 7

Case Name: 1000211494

Search Location: 3640 Village Dr. Unit D
Location Code: _____

Address: 3640 Village Dr. Unit D Carlsbad, CA 92008

Found By: Paul Geening & Joel Mullen
Room: A
Place Found: Kitchen Trash

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | UPS Shipping Order #20799674 | Kitchen Trash |
| 2 | 1 | London Coin Galleries of Newport Purchase Order | " |
| 3 | 1 | National Rental Car Invoice #200085827756 | " |
| 4 | 1 | Used card Printer Ribbon | Oven broiler |
| 5 | 1 | Conservice Utility Mgmt & Billing "John Smith" | Kitchen Counter |

Received by: [signature]
Date: 4/13/07

Returned to owner/other: _____
Date: _____

Box _____ of _____

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4/13/07    Page 2 of 7

Case Name: 1000211494

Search Location: Apt    Location Code: ___

Address: 3640 Village Dr. Unit D, Carlsbad, CA 92008

Found By: Paul Greering    Room: Closet B    Place Found: ___

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Topaz Systems SigPlus Model T-S751-USB | Closet B |
| 2 | 1 | Marriage Certificate #D940703 | " |
| 3 | 1 | 17 B of A American Express Traveler's Checks $100 each | " |
| 4 | 1 | Misc. D&C documents | " |
| 5 | 1 | Misc. paper with Addresses | " |
| 6 | 1 | Money Gram Receipt stub 3-30-07 | " |
| 7 | 1 | 22 Long Rifle bullets - one box | " |
| 8 | 1 | Lock-picking tool set | " |
| 9 | 1 | Box of Blank Checks & forms | " |
| 10 | 1 | Box containing card printer ribbon & numerous blank wht cards | " |
| 11 | 1 | Piaget watch # on back 285242 Returned to Lauren Redford dlc 4/18/07 | " |
| 12 | 1 | Card five design software | " |
| 13 | 3 | Sony Handycam DVD's | " |
| 14 | 3 | Misc. DVDs | " |
| 15 | 11 | CD-R's - Staples brand | " |
| 16 | 4 | CD's for computer software | " |
| 17 | 1 | Epson Stylus CX5000 Scanner, Printer, copier Serial # JGSF0 72916 | " |

P.G.

Received by: [signature]    Date: 4/13/07

Returned to owner/other: ___    Date ___

Box ___ of ___

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4-13-07
Page 3 of 7
Case Name: 1000211494
Search Location: Apt
Location Code: ___
Address: 3648 Village Dr Unit D, Carlsbad, CA 92008
Found By: Michael Walfield
Room: Room C
Place Found: Closet across from bathroom

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Sony Laptop | in bag on floor |
| 1 | 1 | Toshiba Laptop | on top shelf |
| 1 | 1 | ipod shuffle | on top shelf |
| 1 | 1 | Lauren Redford documents and notes | on top shelf |

Received by: [signature]   Date: 4/13/07
Returned to owner/other: ___   Date: ___
Box ___ of ___

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4-13-07  
Page: 4 of 7 P1  
Case Name: Maier / 1000211494  
Search Location: Apt.  
Location Code: ___  
Address: 3640 Village Dr. Unit D  
Found By: S. Brana  
Room: A - Kitchen  
Place Found: Counter/Closet  

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Dell Computer Inspir. 9200 | Counter Top |
| 2 | 1 | CA Driver's License C2611671 - Michael Hughes | in wallet |
| 3 | 1 | B of A Card - 0045415096l3 - OR | " " |
| 4 | 1 | B of A blank ck #0991 | " " |
| 5 | 1 | Southwest Rapid Rewards Card - John A Smith | " " |
| 6 | 1 | Capital One Visa - Michael Hughes | " " |
| 7 | 1 | National Car Club Card - John Smith | " " |
| 8 | 1 | Southwest Airlines/Chase Visa - Smith | " " |
| 9 | 1 | B of A Visa - John Smith | " " |
| 10 | 1 | WFB Visa - John Smith | " " |
| 11 | 1 | OR Driver's License #6546994 - John Smith | " " |
| 12 | 1 | Smartcard Terminal | Kitchen Closet |
| 13 | 1 | Cardfive Card Design Software | " " |
| 14 | 1 | 2004 Drivers License Booklet | " " |
| 15 | 1 | Northern Computers, Inc. Card | In Wallet |
| 16 | 1 | Card Printer - Eltron P400 → not in box - separate item | Kitchen Closet |
| 17 | 1 | Memory stick | Kitchen Closet |
| 18 | 1 | Michael Hughes' Employee Statement | " " |
| 19 | 1 | Envelope - Hoehn - John Smith | " " |
| 20 | 1 | Wells Fargo Visa in name - Rex Reno | left storage closet |
| 21 | 1 | Chevron card Lariet Corp | left storage closet |
| 22 | 1 | Washington Mutual Mastercard Amad Kadry | " " " |
| 23 | 1 | Dr license Rex Reno | " " " |

Received by: [signature]   Date: 4/13/07  
Returned to owner/other: ___   Date: ___  
Box ___ of ___

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4-13-07　　　　　　　　　　　　　　　　　　　Page 4 of 7　P2

Case Name: Maier / 1000 211494

Search Location: Apt　　　　　　　　　　　　　　　Location Code: ____

Address: 3640 Village Dr. Unit D

Found By: _____ Room: _____ Place Found: _____

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 24 | 1 | Blank check - Amad Kadry | left storage closet |
| 25 | 1 | Torn piece of 1040 - Amad Kadry | left storage closet |
| 26 | 1 | Copy of bill 3640 Village Dr | left storage closet |

Received by: _____ Signature　　　Date: 4/13/07

Returned to owner/other: _____ Signature　　　Date: _____

Box ____ of ____

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date 4/13/07　　　　　　　　　　　　　　　　　Page 5 of 7

Case Name 1000211494

Search Location Apt.　　　　　　　　　　　　Location Code: _____

Address 3640 Village Dr. Unit D, Carlsbad, CA 92008

Found By: Paul Geering　　　Room: A　　　Place Found: Top Drawer left of sink

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Envelop of collector stamps ~~Returned~~ to owner Bedford 4/18/07 | Top drawer left of sink |
| 2 | 1 | New Address card "John Smith" | " |
| 3 | 1 | Social Security Card "John Alan Smith" | " |
| 4 | 1 | Birth Certificate "John Alan Smith" | " |
| 5 | 1 | UPS Receipt "John Smith" | " |
| 6 | 1 | Electric & Gas Bill "John Smith" | " |
| 7 | 1 | USPS Receipt "Gables" | " |
| 8 | 2 | Money Gram Receipts | " |
| 9 | 1 | Letter from Gables | " |
| 10 | 1 | Gables Lease Agreement | " |
| 11 | 1 | Wells Fargo Receipt | " |
| 12 | 1 | Motorola Cell Phone | " |

Received by: _____ / Signature　　　Date 4/13/07

Returned to owner/other: _____ Date _____
　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　Box ____ of ____

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date: 4/13/07　　　　　　　　　　　　　　　　　Page 6 of 7

Case Name: 1000 211494

Search Location: Apt.　　　　　　　　　　　　　Location Code: _____

Address: 3640 Village Dr. Unit D Carlsbad, CA 92008

Found By: Joel Mullen　　　Room: E　　　Place Found: _____

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Mini Revolver | Floor by Bed / Corner of Dresser |

Received by: [signature]　　　Date: 4/13/07

Returned to owner/other: _____　　　Date: _____

Box ___ of ___

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date 4/13/07

Page 7 of 7

Case Name 1000211494

Search Location Apt.     Location Code: ___

Address 3640 Village Dr, Unit D, Carlsbad CA 92008

Found By: Kevin Downs   Room: F   Place Found: Outside Storage Closet

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| 1 | 1 | Black Plastic Storage Box full of Documents that constitutes Mail, tax returns, receipts, etc | Outside Storage Closet, Right Side |
| 2 | 12 | Photographs of Suspects, address book & paper in red Box | " |
| 3 | 5 | Diaries, Papers & mail in Metal Tin depicting Angels | " |
| 4 | 1 | White Hilton Plastic Bag full of Mail, paperwork, receipts, documents, tape, etc | " |
| 5 | 1 | Date Stamper with ink pad | " |
| 6 | 1 | Ace Heat Gun | " |
| 7 | 1 | Cell phone case full of receipts | " |
| 8 | 1 | Virgin Mobile receipt | " |
| 9 | 1 | Roll OhYeah Barbecue Sauce labels Returned to Laurel Bradford 4/18/07 | " |
| 10 | 9 | Printed copies of E-mails | " |
| 11 | 7 | Notebooks with writings of various activities with dates | " |
| 12 | 1 | Box Oh Yeah Barbecue Sauce Returned to Laurel Bradford 4/18/07 | |

Received by: _____ Date 4/13/07
Signature

Returned to owner/other: _____ Date _____
Signature

Box ___ of ___

# INTERNAL REVENUE SERVICE-CRIMINAL INVESTIGATION DIVISION

## SEARCH WARRANT INVENTORY

Date **4/13/07**                                Page **1** of **1**

Case Name **1000211494**

Search Location **3640 VILLAGE DR UNIT D**  Location Code: _____

Address **3640 VILLAGE DR UNIT D CARLSBAD, CA 92008**

Found By: **SCOTT McGEAHY**   Room: _____   Place Found: _____

| Item # | Quantity | Description of Items | Exact Location |
|---|---|---|---|
| #1 |  | WELLS FARGO STATEMENT | Rm "E" DRESSER |
| #2 |  | RENTAL AGREEMENT MISC. DOCS | Room B |
| #3 |  | PILLS CD KEYS | Room A ON COUNTER |
| #4 |  | Paperwork, CD's, Notes, etc. | Closet hall |
| #5 |  | PAPERWORK KEYS | Room C (CLOSET) |
| #6 |  | PAPERWORK ADDRESS BOOK | Room A ON COUNTER |
| #7 |  | BULLETS | OUTSIDE STORAGE Rm |

Received by: _[signature]_ / Signature      Date **4/13/07**

Returned to owner/other: _____ / Signature    Date _____

Box _____ of _____