```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | JOSEPH J.M. ORABONA
   | Assistant United States Attorney
 3 | California State Bar No. 223317
   | United States Attorney's Office
 4 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
 5 | Telephone: (619) 557-7736
   | Email: joseph.orabona@usdoj.gov
 6 |
   | Attorneys for Plaintiff
 7 | United States of America
```

FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> 3640 VILLAGE DRIVE, UNIT D ) <br> CARLSBAD, CALIFORNIA ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Magistrate Case No. 07MJ0808 <br><br> **MOTION TO UNSEAL** <br> **SPECIFIED DOCUMENTS** <br> **PREVIOUSLY FILED UNDER SEAL** |

COMES NOW the United States Attorney, by and through its counsel, Karen P. Hewitt, and Assistant United States Attorney, Joseph J.M. Orabona, and hereby moves this Court for an order directing that in the above-captioned case, the application, affidavit, and search warrant attached thereto, be unsealed. The Court ordered these documents sealed on April 13, 2007.

DATE: June 26, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant United States Attorney