FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | Magistrate Case No. 08MJ0808 |
| ) | |
| 3640 VILLAGE DRIVE, UNIT D ) | |
| CARLSBAD, CALIFORNIA ) | ORDER |
| ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the application, affidavit and search warrant in the above-captioned case, which was sealed on April 13, 2007, be unsealed.

IT IS SO ORDERED.

DATED: June 26, 2008

THE HONORABLE LEO S. PAPAS
United States Magistrate Judge